UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EARL DESSESAURE,            ) | | |
|     Plaintiff,         ) | | |
| ) | | |
| v.                          ) | | C.A. No. 10-10842-NMG |
| ) | | |
| BOSTON POLICE DEPARTMENT, ET AL., ) | | |
|     Defendants.       ) | | |

## MEMORANDUM AND ORDER FOR DISMISSAL

GORTON, D.J.

On July 1, 2010, a Memorandum and Order (Docket No. 10) issued directing Plaintiff to demonstrate good cause why this action should not be dismissed for the reasons stated therein. The Plaintiff was also assessed an initial filing fee pursuant to the Prison Litigation Reform Act, with the balance of the filing fee to be paid in installments. See 28 U.S.C. § 1915(b).

On July 16, 2010, in response to the Memorandum and Order, Plaintiff filed a Motion to Dismiss Without Prejudice (Docket No. 12) seeking to dismiss this action in order to avoid his filing fee obligations.

On July 28, 2010, this Court issued a Memorandum and Order (Docket No. 13) denying both the request to dismiss and the request to vacate Plaintiff's filing fee obligations. Additionally, Plaintiff was directed either to file a Notice of Voluntary Dismissal if he did not intend to prosecute this action, or, if he intended to proceed with this action, file a show cause response to the prior Memorandum and Order, within 30 days.

To date, Plaintiff has failed to comply with these directives and the time period for doing so now has expired.

Accordingly, for the failure of the Plaintiff to comply with the directives contained in the Memorandum and Order (Docket No. 13), it is hereby Ordered that this action is DISMISSED in

its entirety. Should Plaintiff seek to reinstate this action, or should he file a new civil action raising the same claims in this action, he must demonstrate good cause why this action, or any new civil action, should be permitted to proceed in light of the legal impediments to his claims, as set forth in the Memorandum and Order (Docket No. 10).

SO ORDERED.

| | |
|---|---|
| September 20, 2010 | /s/ Nathaniel M. Gorton |
| DATE | UNITED STATES DISTRICT JUDGE |